# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2014

Robert P. Young, Jr.,
Chief Justice

146333(72)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

FRADCO, INC.,
        Petitioner-Appellee,

v

SC: 146333
COA: 306617
Michigan Tax Tribunal No:
00-409506

DEPARTMENT OF TREASURY,
        Respondent-Appellant.

_____/

On order of the Court, the motion for attorney fees and clarified bill of costs is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2014



Clerk

p1015